**Jeannie BALL, Plaintiff–Appellant**

v.

**ST. LOUIS COUNTY, Defendant–Appellee.**

No. 12–1755.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 7, 2012.

Filed: Dec. 12, 2012.

Jeannie F. Ball, Duluth, MN, pro se.

Michael Kemp, St. Paul, MN, for Plaintiff–Appellant.

Adetokunbo Olubunmi Okanla, County Attorney's Office, Duluth, MN, for Defendant–Appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Jeannie Ball appeals from the order of the District Court[1] granting summary judgment to St. Louis County in Ball's action under 42 U.S.C. §§ 1981 and 1983, where she alleged that the County discriminated against her because of her Native American origin. Upon de novo review of the summary judgment record, we conclude that Ball did not present sufficient evidence that any County employee was guilty of actionable discrimination, so her claims under §§ 1981 and 1983 must fail. *See Bediako v. Stein Mart, Inc.,* 354 F.3d 835, 838–39 (8th Cir.2004) (standard of review). Accordingly, we affirm.

---

**1.** The Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).